BEFORE: WILLIAM D. WALL                                    DATE: 9/28/04

UNITED STATES MAGISTRATE JUDGE                             TIME: 1:30 p.m.

DOCKET NO. CV 01-1981                                      ASSIGNED JUDGE: Wall

CASE NAME: Castillo v. County of Nassau

                                  CIVIL CONFERENCE

Initial _____ Status _____ Settlement __X__ Pretrial _____

Other: _____

APPEARANCES:   Plaintiff       Gary Schoer

                      Defendant       Liora Ben-Sorek

SCHEDULING:

1. The next _____ conference will be held on _____

THE FOLLOWING RULINGS WERE MADE: The case is settled. The parties shall file a stipulation of discontinuance with the undersigned. The Clerk of the Court is directed to close the case, subject to re-opening by application of the parties should the settlement not be consummated.

                                                SO ORDERED

                                                s/ William D. Wall
                                                WILLIAM D. WALL
                                                United States Magistrate Judge