UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SANTOS CASTILLO                                              CV-010-1981 (TCP) (WDW)

                          Plaintiff,

        - against -                            STIPULATION AND ORDER
                                                  OF DISMISSAL

COUNTY OF NASSAU, NEW YORK;
NASSAU COUNTY POLICE
DEPARTMENT; WILLIAM J. WILETT
COMMISSIONER OF THE NASSAU
COUNTY POLICE DEPARTMENT;
DETECTIVE LIEUTENANT FRANK
B. GUIDICE, COMMANDING OFFICER,
HOMICIDE SQUAD, NASSAU COUNTY
POLICE DEPARTMENT, DETECTIVE
PETER DONATO, DETECTIVE MILTON
APONTE, DETECTIVE EDWIN TRUJILLO
AND DETECTIVE SGT. DANIEL SEVERIN,

                        Defendants.
----------------------------------------------------------X

     IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
       ~~October~~ December 22, 2004

By: _____
Gary Schoer, Esq. (GS-    )
6800 Jericho Turnpike
Syosset, New York 11791
(516) 495-3500
Attorney for Plaintiff

LORNA B. GOODMAN
Nassau County Attorney

By: _____
Liora M. Ben-Sorek (LMB 1971)
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3014
Attorneys for Defendants

SO ORDERED:

_____  _____
William D. Wall, U.S.M.J.