UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SANTOS CASTILLO                                    CV-010-1981 (TCP) (WDW)

                      Plaintiff,

      - against -                                STIPULATION AND ORDER
                                            OF DISMISSAL

COUNTY OF NASSAU, NEW YORK;
NASSAU COUNTY POLICE
DEPARTMENT; WILLIAM J. WILETT
COMMISSIONER OF THE NASSAU
COUNTY POLICE DEPARTMENT;
DETECTIVE LIEUTENANT FRANK
B. GUIDICE, COMMANDING OFFICER,
HOMICIDE SQUAD, NASSAU COUNTY
POLICE DEPARTMENT, DETECTIVE
PETER DONATO, DETECTIVE MILTON
APONTE, DETECTIVE EDWIN TRUJILLO
AND DETECTIVE SGT. DANIEL SEVERIN,

                      Defendants.
-----------------------------------------------------------X

     IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
       ~~October~~ December 22, 2004

By: _____          By: _____
Gary Schoer, Esq. (GS-    )             Liora M. Ben-Sorek (LMB 1971)
6800 Jericho Turnpike                   Deputy County Attorney
Syosset, New York 11791                 One West Street
(516) 495-3500                          Mineola, New York 11501
Attorney for Plaintiff                  (516) 571-3014
                                                    Attorneys for Defendants

LORNA B. GOODMAN
Nassau County Attorney

SO ORDERED:

_____
William D. Wall, U.S.M.J.